AARON THOMAS *et al.* Appellants, *vs.* JOSEPH OLENICK, Appellee.

*Opinion filed December 15, 1908.*

This case is controlled by the decision in *Thomas* v. *Olenick,* (*ante,* p. 167.)

APPEAL from the Appellate Court for the First District;—heard in that court on writ of error to the Municipal Court of Chicago; the Hon. MANCHA BRUGGEMEYER, Judge, presiding.

J. MARION MILLER, and JOHN M. HUMPHREY, for appellants.

ERNEST B. CRESAP, and FRANK H. GRAHAM, for appellee.

Per CURIAM: This case is between the same parties and is in all respects the same as *Thomas* v. *Olenick,* (*ante,* p. 167,) except that the premises here involved are the second floor instead of the first floor of the building at No. 46 North Paulina street, and the amount involved was less than $1000.

The appeal is dismissed.

*Appeal dismissed.*